UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LARRY SCERBA, et al.,

                Plaintiffs,

      -against-                                    13 Civ. 3694 (LAK)

ALLIED PILOTS ASSOCIATION,

                Defendant.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      Defendant's motion to dismiss the complaint [DI 13] is granted, substantially for the reasons set forth in the report and recommendation of Magistrate Judge Andrew J. Peck. The objections are overruled.

      The Clerk shall enter judgment and close the case.

      SO ORDERED.

Dated:     March 31, 2014

                                                _____
                                                   Lewis A. Kaplan
                                               United States District Judge